RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Josue Garcia-Rodriguez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00318-DJA |
| Plaintiff, | ORDER _____ TO CONTINUE |
| v. | PRELIMINARY HEARING |
| | (Second Request) |
| JOSUE GARCIA-RODRIGUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Josue Garcia-Rodriguez, that the Preliminary Hearing currently scheduled on August 3, 2020 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2.    The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

4.      Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

5.      However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

6.      Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7.      Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

8.      In addition, the parties stipulate and agree that the time between the currently schedule preliminary hearing and the preliminary hearing date that the parties are asking to be set 60 days from the current setting, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

2

This is the second request for a continuance of the Preliminary hearing.

DATED this 29th day of July 2020.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ Kimberly M. Frayn*
By_____
KIMBERLY M. FRAYN
Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

JOSUE GARCIA-RODRIGUEZ,

          Defendant.

Case No. 2:20-mj-00318-DJA

**ORDER**

      IT IS ORDERED that the preliminary hearing currently scheduled for Monday, August 3, 2020 at 4:00 p.m., be vacated and continued to 10/5/2020 at the hour of 4:00 pm Ctrm 3A

      DATED this 29th day of July 2020.

_____

DANIEL J. ALBREGTS, U.S. Magistrate Judge

4